UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL RICHMOND,

        Defendant.
_____/

Case No. 21-cr-20209
Honorable Linda V. Parker

## OPINION AND ORDER GRANTING GOVERNMENT'S MOTION FOR SUPERVISION (ECF NO.17)

This matter is before the Court on the Government's motion to modify the conditions of Defendant's pretrial release. (ECF No. 17.) Through counsel, Defendant filed a response opposing the motion. (ECF No. 22). Thereafter, the Government filed its Reply. (ECF No. 24).

On March 24, 2021, Defendant was charged by Indictment with: one count of obstruction of the Internal Revenue Service ("IRS"), in violation of 26 U.S.C. § 7212(a); one count of making false statements, in violation of 18 U.S.C. § 1001; four counts of tax evasion regarding tax years 2011, 2012, 2013, and 2014, in violation of 26 U.S.C. § 7201; and one count of willful failure to file a return regarding tax year 2014, in violation of 26 U.S.C. § 7203.

On June 2, 2021, Defendant executed an appearance bond where he agreed to appear for court proceedings pursuant to a personal recognizance bond. (ECF No. 11.) Defendant remains on bond. However, he is not under the supervision of Pretrial Services.

Having carefully reviewed the arguments filed by the parties, the Court finds that placing Defendant under pretrial supervision with the standard terms and conditions applicable within the Eastern District of Michigan will aid the Court in confirming that Defendant is complying with the court-ordered terms of his release on bond. Moreover, being on bond is a privilege and Defendant has offered no reason or authority to justify his release on bond without being subject to the referenced standard conditions of release. Finally, Defendant failed to appear before the undersigned for a motion hearing on August 25, 2021 and the Court is concerned that future actions by Defendant may reflect similar noncompliance.

Accordingly,

The Government's Motion to Modify Conditions of Pretrial Release by Placing Defendant Under Supervision of Pretrial Services (ECF No. 17) is **GRANTED**.

The following conditions of pretrial release are imposed:

(1) Defendant must not violate federal, state, or local law while on release.

(2)     Defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)     Defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. Defendant must appear at the Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit MI 48226 when notified of his next appearance.

(5)     Defendant must sign an Appearance Bond, if ordered.

(6)     Defendant must:

(a) report, as directed to Pretrial Services Agency;

(b) surrender his passport and/or enhanced identification in person to the supervising officer within fourteen (14) days of this Opinion and Order;

(c) not obtain a passport, enhanced identification or other international travel documents;

(d) restrict his travel to the continental United States unless previous consent is obtained from the pretrial services office, supervising officer, or the Court;

(2)     Defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)     Defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. Defendant must appear at the Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit MI 48226 when notified of his next appearance.

(5)     Defendant must sign an Appearance Bond, if ordered.

(6)     Defendant must:

(a) report, as directed to Pretrial Services Agency;

(b) surrender his passport and/or enhanced identification in person to the supervising officer within fourteen (14) days of this Opinion and Order;

(c) not obtain a passport, enhanced identification or other international travel documents;

(d) restrict his travel to the continental United States unless previous consent is obtained from the pretrial services office, supervising officer, or the Court;

3

(2)     Defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)     Defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose. Defendant must appear at the Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit MI 48226 when notified of his next appearance.

(5)     Defendant must sign an Appearance Bond, if ordered.

(6)     Defendant must:

(a) report, as directed to Pretrial Services Agency;

(b) surrender his passport and/or enhanced identification in person to the supervising officer within fourteen (14) days of this Opinion and Order;

(c) not obtain a passport, enhanced identification or other international travel documents;

(d) restrict his travel to the continental United States unless previous consent is obtained from the pretrial services office, supervising officer, or the Court;

(e) not possess a firearm or destructive device and remove all firearms from his residence;

(f) submit to an investigative interview with pretrial services within fourteen (14) days and in the manner determined by pretrial service.

**IT IS SO ORDERED**.

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: August 27, 2021