UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Criminal Case No. 21-20209
v.                                Honorable Linda V. Parker

RYAN DANIEL RICHMOND,

        Defendant.
_____/

## OPINION AND ORDER GRANTING MOTION FOR APPOINTMENT OF STANDBY COUNSEL (ECF NO. 54)

Defendant has been indicted by a federal grand jury of multiple tax crimes. (ECF No. 1.) He has knowingly and voluntarily waived his right to counsel and is proceeding pro se. The matter currently is scheduled for trial on March 8, 2022. Presently before the Court is the Government's motion to appointment standby counsel for Defendant. (ECF No. 54.) Defendant has not responded to the motion.

For the reasons stated in the Government's motion, the Court concludes that standby counsel should be appointed in advance of the trial. Defendant has made a number of arguments at this juncture reflecting his lack of knowledge of the law and the procedures guiding this litigation. While Defendant retains the right to defend himself, he may find the availability of a trained and experienced attorney

beneficial to answer questions and provide advice if he wishes to accept such assistance. The appointment of counsel will facilitate the trial running more smoothly. Moreover, if Defendant changes course and decides that he wishes to be represented by counsel—as he did once before—delays can be avoided if counsel already is familiar with the case.

Accordingly,

**IT IS ORDERED** that the motion for appointment of standby counsel (ECF No. 54) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Federal Defender's Office shall appoint standby counsel to represent Defendant in this case.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 2, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 2, 2022, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager